### BENJAMIN Z. FRIEDMAN v. HIRSCH.

(*Supreme Court, General Term, First Department.* February 18, 1892.)

Appeal from special term, New York county.

Action by Benjamin Z. Friedman against Herman Hirsch to set aside a transfer of real estate. Judgment for defendant. Plaintiff appeals. Reversed.

Argued before VAN BRUNT, P. J., and O'BRIEN, J.

*Hays & Greenbaum*, (S. *Greenbaum*, of counsel,) for appellant. *William Irwin*, for respondent.

VAN BRUNT, P. J. This action is similar to that of *Jacob Friedman* v. *Hirsch*, 18 N. Y. Supp. 85, (decided herewith.) The evidence is substantially the same, with the exception that it is not claimed that the plaintiff in this action was in a condition of intoxication. The reasons which impelled the court to the conclusion arrived at in the case of the brother are certainly just as strong in the case at bar; otherwise the court would be seeming to give a premium on dissolute habits, and the same relief will be granted. Ordered accordingly.